# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Maurice Cromratie                                Docket No. 7:03-CR-12-1

### Petition for Action on Supervised Release

COMES NOW Chip Williams, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Maurice Cromratie, who, upon an earlier plea of guilty to Possession of a Firearm by a Convicted Felon in violation of 18 U.S.C. § 924 and Possession of a Firearm not Registered in the National Firearms Registration and Transfer Record in violation of 26 U.S.C. §§ 5861(d) and 5871, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on July 21, 2003, to the custody of the Bureau of Prisons for a term of 87 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

3. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

Maurice Cromratie was released from custody on February 11, 2009, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 26, 2009, a violation report was submitted advising the court that the defendant had been charged with Driving While Impaired, No Operators License, and Possession of Open Container of Alcohol in Passenger Area. Cromratie was cited on June 12, 2009. On January 12, 2010, the defendant plead guilty to Driving While Impaired. The remaining charges were dismissed.

Maurice Cromratie
Docket No. 7:03-CR-12-1
Petition For Action
Page 2

He was sentenced to 60 days imprisonment, suspended, 12 months unsupervised probation. The defendant has incurred no other violations, fully cooperated with probation, is gainfully employed working two (2) jobs, and is in a stable marriage. It is recommended the violation be addressed by the imposition of a two (2) day jail sanction. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall serve two (2) days in the custody of the Bureau of Prisons as arranged by the probation officer.

   Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Kevin L. Connolley
Kevin L. Connolley
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Chip Williams
Chip Williams
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: (910) 815-4857
Executed On: July 21, 2010

### ORDER OF COURT

Considered and ordered this 22nd day of July, 2010, and ordered filed and made a part of the records in the above case.

James C. Fox
Senior U.S. District Judge