**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**Southern Division**
**Docket No. 7:03-CR-12-1F**

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **JUDGMENT** |
| **vs.** | ) | |
| | ) | |
| **Maurice Cromratie** | ) | |

On July 21, 2003, Maurice Cromratie appeared before the Honorable James C. Fox, Senior U.S. District Judge in the Eastern District of North Carolina, and upon a plea of guilty to Possession of a Firearm by a Convicted Felon in violation of 18 U.S.C. § 924 and Possession of a Firearm not Registered in the National Firearms Registration and Transfer Record in violation of 26 U.S.C. §§ 5861(d) and 5871, was sentenced to the custody of the Bureau of Prisons for a term of 87 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 36 months upon release from imprisonment. Maurice Cromratie was released from custody and the term of supervised release commenced on February 11, 2009.

From evidence presented at the revocation hearing on January 31, 2012, the court finds as a fact that Maurice Cromratie, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 24 months.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 31st day of January, 2012.

James C. Fox
Senior U.S. District Judge